**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Gant

,

Plaintiff(s),

v.

Northwestern Hospital,

Defendant(s).

Case No.  14 C 857

Judge  Sharon Johnson Coleman

## <u>ORDER</u>

Status hearing held.  This action is dismissed for lack of jurisdiction.  Plaintiff's application for leave to proceed in forma pauperis [4] and motion for attorney representation [5] are stricken as moot.


Date:  5/23/2014

/s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge